# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SAMMY J.M. DUNCAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05-cv-2095-IPJ-PWG |
| | ) |
| MOHAMMED JENKINS, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

On March 11, 2008, the Magistrate Judge's Report and Recommendation was filed and the parties were allowed fifteen (15) days to file objections to the recommendations made by the Magistrate Judge.[1]  No objections have been filed by either the plaintiff or the defendants.

Having carefully reviewed and considered *de novo* the record in this case, including the Magistrate Judge's Report and Recommendation, the court ADOPTS the said Report and Recommendation and it is ORDERED, ADJUDGED and DECREED that the Special Reports filed by the defendants are considered as motions for summary judgment and, as such, are GRANTED in part and DENIED in part.  Specifically, the defendants' motions for summary judgment as to the plaintiff's claims against them are due to be GRANTED with the exception of: (1)  the plaintiff's Eighth Amendment claims for excessive force against Defendants Jenkins, Carter, Freeman, Williams, Murray, Amison, Atchison, and Heflin; and (2) the plaintiff's state law claims for assault and battery and wantonness against Defendants Jenkins, Carter, Freeman, Williams, Murray, Amison, Atchison, and Heflin.

---

[1]  The plaintiff was allowed until April 12, 2008, to file objections.  (Doc. 115.)

_____An appropriate order will be entered.

DONE this the 23rd day of April 2008.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE